UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**CARRIE UNDERWOOD**                                                                     **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO. 3:23-CV-00534-RSE** *(E-FILED)*

**MARTIN O'MALLEY, COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

TENDERED BY:
Susana Ochoa
Special Assistant U. S. Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD  21235
susana.ochoa@ssa.gov